# EXHIBIT "1"

Executed Notice of Consent & Choice of Attorney Forms for Devery Davis and Clifton Humphrey

| | |
|---|---|
| DEVERY DAVIS, and CLIFTON HUMPHREY, Individually and on Behalf of All Others Similarly Situated, § § § § | CIVIL ACTION NO. _____ |
| Plaintiffs, § § | |
| v. § § | |
| FIVE OAKS ACHIEVEMENT CENTER, LLC d/b/a FIVE OAKS ACHIEVEMENT CENTER; WHISPERING HILLS ACHIEVEMENT CENTER, LLC d/b/a WHISPERING HILLS ACHIEVEMENT CENTER; and NORTH FORK EDUCATIONAL CENTER, LLC d/b/a NORTH FORK EDUCATIONAL CENTER § § § § § § § § § § § | COLLECTIVE ACTION |
| Defendants. § | |

## NOTICE OF CONSENT

I, Devery Davis, hereby consent to sue Five Oaks Achievement Center, LLC d/b/a Five Oaks Achievement Center, and being named as a party Plaintiff to this Action. I further consent and agree to pursue my claims arising out of unpaid wages under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216. I worked as a Direct Care Staff employee for Five Oaks Achievement Center LLC d/b/a Five Oaks Achievement Center. I believe I worked in that job from approximately November 2013 to approximately September 2018. I also consent and agree, if such is necessary, to file this claim on behalf of all others similarly situated.

## CHOICE OF ATTORNEY

I hereby designate Washington and Associates, PLLC, of Houston, Texas as my lawyers to represent me in this lawsuit.

_____
DEVERY DAVIS

2/21/2020
_____
Date

| | | |
|---|---|---|
| DEVERY DAVIS, and CLIFTON HUMPHREY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIVE OAKS ACHIEVEMENT CENTER, LLC d/b/a FIVE OAKS ACHIEVEMENT CENTER; WHISPERING HILLS ACHIEVEMENT CENTER, LLC d/b/a WHISPERING HILLS ACHIEVEMENT CENTER; and NORTH FORK EDUCATIONAL CENTER, LLC d/b/a NORTH FORK EDUCATIONAL CENTER<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. _____<br><br><br><br><br>COLLECTIVE ACTION |

## NOTICE OF CONSENT

I, Clifton Humphrey, hereby consent to sue Five Oaks Achievement Center, LLC d/b/a Five Oaks Achievement Center, and being named as a party Plaintiff to this Action. I further consent and agree to pursue my claims arising out of unpaid wages under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216. I worked as a Direct Care Staff employee for Five Oaks Achievement Center LLC d/b/a Five Oaks Achievement Center. I believe I worked in that job from approximately April 2011 to approximately August 2018. I also consent and agree, if such is necessary, to file this claim on behalf of all others similarly situated.

## CHOICE OF ATTORNEY

I hereby designate Washington and Associates, PLLC, of Houston, Texas as my lawyers to represent me in this lawsuit.

_[signature]_
CLIFTON HUMPHREY

2/20/2020
Date