IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEVERY DAVIS and CLIFTON HUMPHREY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> FIVE OAKS ACHIEVEMENT CENTER, LLC d/b/a FIVE OAKS ACHIEVEMENT CENTER; WHISPERING HILLS ACHIEVEMENT CENTER, LLC d/b/a WHISPERING HILLS ACHIEVEMENT CENTER; and NORTH FORK EDUCATIONAL CENTER, LLC d/b/a NORTH FORK EDUCATIONAL CENTER, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:20-cv-00724 <br><br><br><br><br><br><br><br> COLLECTIVE ACTION |

**PLAINTIFFS' NOTICE OF FILING
NOTICE OF CONSENT AND ATTORNEY CHOICE FORMS**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs Devery Davis and Clifton Humphrey hereby file this Notice of Filing showing Notices of Consent and Attorney Choice forms on behalf of other similarly situated employees, Christopher Marchiniak and Jermon Randolph, are being filed herewith on March 4, 2020. These Notices are attached hereto as Exhibit "1".

Respectfully submitted,

**WASHINGTON & ASSOCIATES, PLLC**

By:    */s/ Mickey L. Washington*
        MICKEY L. WASHINGTON
        Federal Bar No. 35786
        E-mail: mw@mickeywashington.com
        KIMBERLY R. BENNETT
        Federal Bar No. 32123
        kbennetttx@earthlink.net
        2019 Wichita Street
        Houston, Texas 77004
        (713) 225-1838 (Telephone)
        (713) 225-1866 (Facsimile)

        **ATTORNEYS FOR PLAINTIFFS and
        ALL OTHERS SIMILARLY SITUATED**