# EXHIBIT "1"

Executed Notice of Consent & Choice of Attorney Forms for Christopher Marchiniak and Jermon Randolph

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEVERY DAVIS and CLIFTON HUMPHREY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § § § | CIVIL ACTION NO. 4:20-cv-00724 |
| Plaintiffs, | § § | |
| v. | § § | |
| FIVE OAKS ACHIEVEMENT CENTER, LLC d/b/a FIVE OAKS ACHIEVEMENT CENTER; WHISPERING HILLS ACHIEVEMENT CENTER, LLC d/b/a WHISPERING HILLS ACHIEVEMENT CENTER; and NORTH FORK EDUCATIONAL CENTER, LLC d/b/a NORTH FORK EDUCATIONAL CENTER, | § § § § § § § § § § § | COLLECTIVE ACTION |
| Defendants. | § | |

## NOTICE OF CONSENT

I, Christopher Marchiniak, hereby consent to sue Whispering Hills Achievement Center, LLC d/b/a Whispering Hills Achievement Center, and being named as a party Plaintiff to this Action. I further consent and agree to pursue my claims arising out of unpaid wages under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216. I worked as a Direct Care Staff employee for Whispering Hills Achievement Center, LLC d/b/a Whispering Hills Achievement Center. I believe I worked in that job from approximately March 2015 to approximately July 2017. I also consent and agree, if such is necessary, to file this claim on behalf of all others similarly situated.

## CHOICE OF ATTORNEY

I hereby designate Washington and Associates, PLLC, of Houston, Texas as my lawyers to represent me in this lawsuit.

_/s/ Christopher Marchiniak_
CHRISTOPHER MARCHINIAK

2-23-2020
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEVERY DAVIS and CLIFTON HUMPHREY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § § | CIVIL ACTION NO. 4:20-cv-00724 |
| Plaintiffs, | § § | |
| v. | § § | |
| FIVE OAKS ACHIEVEMENT CENTER, LLC d/b/a FIVE OAKS ACHIEVEMENT CENTER; WHISPERING HILLS ACHIEVEMENT CENTER, LLC d/b/a WHISPERING HILLS ACHIEVEMENT CENTER; and NORTH FORK EDUCATIONAL CENTER, LLC d/b/a NORTH FORK EDUCATIONAL CENTER, | § § § § § § § § § § | COLLECTIVE ACTION |
| Defendants. | § | |

## NOTICE OF CONSENT

I, Jermon Randolph, hereby consent to sue Five Oaks Achievement Center, LLC d/b/a Five Oaks Achievement Center, and being named as a party Plaintiff to this Action. I further consent and agree to pursue my claims arising out of unpaid wages under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216. I worked as a Direct Care Staff employee for Five Oaks Achievement Center LLC d/b/a Five Oaks Achievement Center. I believe I worked in that job from approximately July 2011 to approximately May 2017. I also consent and agree, if such is necessary, to file this claim on behalf of all others similarly situated.

## CHOICE OF ATTORNEY

I hereby designate Washington and Associates, PLLC, of Houston, Texas as my lawyers to represent me in this lawsuit.

_____
JERMON RANDOLPH

2/18/2020
Date