IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DEVERY DAVIS and CLIFTON HUMPHREY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** | § § § § § | CIVIL ACTION NO. 4:20-cv-00724 |
| **Plaintiffs** | § § | |
| v. | § § | |
| **FIVE OAKS ACHIEVEMENT CENTER, LLC d/b/a FIVE OAKS ACHIEVEMENT CENTERS; WHISPERING HILLS ACHIEVEMENT CENTER, LLC d/b/a WHISPERING HILLS ACHIEVEMENT CENTER; and NORTH FORK EDUCATIONAL CENTER, LLC d/b/a NORTH FORK EDUCATIONAL CENTER** | § § § § § § § § § § | COLLECTIVE ACTION |
| **Defendants.** | § | |

**PLAINTIFFS' NOTICE OF FILING
NOTICE OF CONSENT & ATTORNEY CHOICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs Devery Davis and Clifton Humphrey hereby file this Notice of Filing showing Notices of Consent and Attorney Choice forms on behalf of other similarly situated employees, Gordon Leung-Lo Hing and Quinton Robinson, are being filed herewith on March 24, 2020. These Notices are attached hereto as Exhibit "1".

Respectfully submitted,

**WASHINGTON & ASSOCIATES, PLLC**

By:    /s/ *Mickey L. Washington*
       MICKEY L. WASHINGTON
       Federal Bar No. 35786
       mw@mickeywashington.com
       KIMBERLY R. BENNETT
       Federal Bar No. 32123
       kbennetttx@earthlink.net
       2019 Wichita Street
       Houston, Texas 77004
       (713) 225-1838
       (713) 225-1866 Fax

       **ATTORNEYS FOR PLAINTIFFS and**
       **ALL OTHERS SIMILIARLY SITUATED**