# EXHIBIT "1"

(Notices of Consent for
Gordon Leung-Lo Hing and Quinton Robinson)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEVERY DAVIS and CLIFTON HUMPHREY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § § | CIVIL ACTION NO. 4:20-cv-00724 |
| Plaintiffs | § § | |
| v. | § § | |
| FIVE OAKS ACHIEVEMENT CENTER, LLC d/b/a FIVE OAKS ACHIEVEMENT CENTERS; WHISPERING HILLS ACHIEVEMENT CENTER, LLC d/b/a WHISPERING HILLS ACHIEVEMENT CENTER; and NORTH FORK EDUCATIONAL CENTER, LLC d/b/a NORTH FORK EDUCATIONAL CENTER | § § § § § § § § § § | COLLECTIVE ACTION |
| Defendants. | § | |

## NOTICE OF CONSENT

I, Gordon Leung-Lo Hing, hereby consent to sue Five Oaks Achievement Center, LLC d/b/a Five Oaks Achievement Center, and being named as a party Plaintiff to this Action. I further consent and agree to pursue my claims arising out of unpaid wages under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216. I worked as a Direct Care Staff employee for Five Oaks Achievement Center LLC d/b/a Five Oaks Achievement Center. I believe I worked in that job from approximately May 2016 to approximately August 2017. I also consent and agree, if such is necessary, to file this claim on behalf of all others similarly situated.

## CHOICE OF ATTORNEY

I hereby designate Washington and Associates, PLLC, of Houston, Texas as my lawyers to represent me in this lawsuit.

_____
GORDON LEUNG-LO HING

3-7-20
_____
Date

| | |
|---|---|
| DEVERY DAVIS, and CLIFTON HUMPHREY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> FIVE OAKS ACHIEVEMENT CENTER, LLC d/b/a FIVE OAKS ACHIEVEMENT CENTER; WHISPERING HILLS ACHIEVEMENT CENTER, LLC d/b/a WHISPERING HILLS ACHIEVEMENT CENTER; and NORTH FORK EDUCATIONAL CENTER, LLC d/b/a NORTH FORK EDUCATIONAL CENTER <br><br> Defendants. | CIVIL ACTION NO. _____ <br><br><br> COLLECTIVE ACTION |

## NOTICE OF CONSENT

I, Quinton Robinson, hereby consent to sue Five Oaks Achievement Center, LLC d/b/a Five Oaks Achievement Center, and being named as a party Plaintiff to this Action. I further consent and agree to pursue my claims arising out of unpaid wages under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216. I worked as a Direct Care Staff employee for Five Oaks Achievement Center LLC d/b/a Five Oaks Achievement Center. I believe I worked in that job from approximately October 2008 to approximately December 2017. I also consent and agree, if such is necessary, to file this claim on behalf of all others similarly situated.

## CHOICE OF ATTORNEY

I hereby designate Washington and Associates, PLLC, of Houston, Texas as my lawyers to represent me in this lawsuit.

_____
QUINTON ROBINSON

3-18-2020
_____
Date