| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **SOUTHERN DISTRICT OF TEXAS** |

## HOUSTON DIVISION

Devery Davis, et al.
   *Plaintiff(s),*

v.

Case No. 4:20–cv–00724

Five Oaks Achievement Center, et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING: **Initial Conference**

DATE: **7/23/2020**

TIME: **02:15 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3–A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

**David J. Bradley, Clerk**                                                   Date: June 11, 2020

By Deputy Clerk, A. Rivera