AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| DEVERY DAVIS and CLIFTON HUMPHREY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff(s)*<br>v.<br>FIVE OAKS ACHIEVEMENT CENTER, LLC, WHISPERING HILLS ACHIEVEMENT CENTER, LLC, and NORTH FORK EDUCATIONAL CENTER, LLC<br><br>*Defendant(s)* | Civil Action No. 4:20-cv-00724 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* North Fork Educational Center, LLC
c/o Registered Agent, Deborah O. Voyles
5620 FM 359 Road
Richmond, Texas 77406-9606, or wherever she may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mickey L. Washington and Kimberly R. Bennett
Washington & Associates, PLLC
2019 Wichita Street
Houston, Texas 77004
Telephone No. 713.225.1838 / Facsimile No. 713.225.1866

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*David J. Bradley, Clerk of Court*

Date: May 20, 2020

*s/ R.A.Limon*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:20-cv-00724

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Deborah O. Voyles, Registered Agent
was received by me on *(date)* 7/1/2020.

☐ I personally served the summons on the individual at *(place)* 3200 Holmes Rd. Richmond, Tx. 77406 on *(date)* 6/2/2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 6/3/2020

Darren C. Hausey
*Server's signature*

Darren C. Hausey
*Printed name and title*

448 W. 19TH ST, #243, Houston, Tx. 77008
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset

CAUSE NO. 4:20-cv-00724

| | | |
|---|---|---|
| DEVERY DAVIS and CLIFTON HUMPHREY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § | IN THE COURT OF |
| Plaintiff, | § | |
| VS. | § § | HARRIS COUNTY, TEXAS |
| FIVE OAKS ACHIEVEMENT CENTER, LLC, WHISPERING HILLS ACHIEVEMENT CENTER, LLC, and NORTH FORK EDUCATIONAL CENTER, LLC | § | |
| Defendant. | § | UNITED STATE DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Jul 1, 2020, 4:09 pm**,

**SUMMONS IN A CIVIL ACTION,**

and was executed at **3200 HOLMES RD, RICHMOND, TX 77406** within the county of **FORT BEND** at **06:47 PM** on **Thu, Jul 02 2020**, by delivering a true copy to the within named

**NORTH FORK EDUCATIONAL CENTER, LLC C/O REEGISTERED AGENT, DEBORAH O. VOYLES**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Darren Hausey,** my date of birth is **7/11/1963**, and my address is **448 W. 19th St. 243, Houston, Tx. 77008,** and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Harris** County, State of **TX**, on **July 03, 2020.**

*Darren Hausey*
Darren Hausey
Certification Number: PSC-7748
Certification Expiration: 11/30/2021