IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEVERY DAVIS and CLIFTON HUMPHREY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, § § § § § § Plaintiffs, § § v. § § FIVE OAKS ACHIEVEMENT § CENTER, LLC d/b/a FIVE OAKS § ACHIEVEMENT CENTER; § WHISPERING HILLS ACHIEVEMENT § CENTER, LLC d/b/a WHISPERING § HILLS ACHIEVEMENT CENTER; and § NORTH FORK EDUCATIONAL § CENTER, LLC d/b/a NORTH FORK § EDUCATIONAL CENTER, § § Defendants. § | | CIVIL ACTION NO. 4:20-CV-00724 |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

Pursuant to the Order to Disclose Interested persons (Entered in Cases assigned to Judge Keith P. Ellison), Defendants Five Oaks Achievement Center, LLC, Whispering Hills Achievement Center, LLC and North Fork Education Center, LLC (collectively "Defendants") file this Certificate of Interested Persons and identify the following persons and entities that are financially interested, in all sides of the case, in the outcome of this litigation, underlining any corporation whose securities are publicly traded (none are known):

1. Devery Davis, plaintiff.
2. Clifton Humphrey, plaintiff
3. Christopher Marchiniak, consent plaintiff
4. Jarmon Randolph, consent plaintiff
5. Five Oaks Achievement Center, LLC, defendant
6. Whispering Hills Achievement Center, LLC, defendant
7. North Fork Education Center, LLC, defendant

Respectfully submitted,

By: */s/ Sim Israeloff*
    **BRIAN T. FARRINGTON**
    Texas Bar No. 00790667

    **SIM ISRAELOFF**
    Texas Bar No. 10435380

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2117 (Tel)
(214) 672-2317 (Fax)
E-mail: bfarrington@cowlesthompson.com
E-mail: sisraeloff@cowlesthompson.com

    **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by the court's ECF system on this 20th day of July, 2020.

*/s/ Sim Israeloff*