IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DEVERY DAVIS and CLIFTON HUMPHREY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** | § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:20-cv-00724 |
| **Plaintiffs** | | |
| v. | | |
| **FIVE OAKS ACHIEVEMENT CENTER, LLC d/b/a FIVE OAKS ACHIEVEMENT CENTERS; WHISPERING HILLS ACHIEVEMENT CENTER, LLC d/b/a WHISPERING HILLS ACHIEVEMENT CENTER; and NORTH FORK EDUCATIONAL CENTER, LLC d/b/a NORTH FORK EDUCATIONAL CENTER** | | COLLECTIVE ACTION |
| **Defendants.** | | |

**PLAINTIFFS' DISCLOSURE OF INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rules of Civil Procedure 7.1, Plaintiffs hereby submit this Disclosure of Interested Parties.

**CERTIFICATE OF INTERESTED PARTIES**

Plaintiffs certify that the following persons and legal entity have a financial interest in the outcome of this case:

1.  Defendant Five Oaks Achievement Center, LLC d/b/a Five Oaks Achievement Center

    Corporate Office located at 5620 FM 359, Richmond, Texas 77406
    Residential Treatment Center located at 7674 Pechacek Road, New Ulm, Texas 78950

2.  Defendant Whispering Hills Achievement Center, LLC d/b/a Whispering Hills Achievement Center

Corporate Office located at 5620 FM 359, Richmond, Texas 77406
Residential Treatment Center located at 4110 FM 609, Flatonia, Texas 78941

3. Defendant North Fork Educational Center, LLC d/b/a North Fork Educational Center

    Corporate Office located at 5620 FM 359, Richmond, Texas 77406
    Residential Treatment Center located at 3001 Elm Grove Road, Wylie, Texas 75098

4. Plaintiffs and employees of Defendants Five Oaks Achievement Center, LLC d/b/a Five Oaks Achievement Center; Whispering Hills Achievement Center, LLC d/b/a Whispering Hills Achievement Center; and North Fork Educational Center, LLC d/b/a North Fork Educational Center including the following:

    Plaintiff Devery Davis
    Plaintiff Clifton Humphrey
    Plaintiff Christopher Marchiniak
    Plaintiff Jermon Randolph
    Plaintiff Gordon Leung-Lo
    Plaintiff Quinton Robinson

                            Respectfully submitted,

                            **WASHINGTON & ASSOCIATES, PLLC**

                            By:   /s/ *Kimberly R. Bennett*
                                  **MICKEY L. WASHINGTON**
                                  Federal Bar No. 35786
                                  mw@mickeywashington.com
                                  **KIMBERLY R. BENNETT**
                                  Federal Bar No. 32123
                                  kbennetttx@earthlink.net
                                  2019 Wichita Street
                                  Houston, Texas 77004
                                  Telephone#713.225.1838

                                  **ATTORNEYS FOR PLAINTIFFS AND
                                  OTHERS SIMILARLY SITUATED**

# CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to all counsel via the electronic delivery system of the United States District Court for the Southern District of Texas, Houston Division as follows:

**COWLES & THOMPSON, P.C.**

**Brian T. Farrington**
Texas Bar No. 00790667
**Sam Israeloff**
Texas Bar No. 10435380
901 Main Street, Suite 3900
Dallas, Texas 75202
Telephone#: 214.672.2000
Email Address: bfarrington@cowlesthompson.com
Email Address: sisraeloff@cowlesthompson.com

**Attorneys for Defendants**

       So certified on this 30th day of July, 2020.

                                              /s/ *Kimmie R. Bennett*
                                              **KIMBERLY R. BENNETT**