IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEVERY DAVIS and CLIFTON HUMPHREY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>FIVE OAKS ACHIEVEMENT CENTER, LLC d/b/a FIVE OAKS ACHIEVEMENT CENTER; WHISPERING HILLS ACHIEVEMENT CENTER, LLC d/b/a WHISPERING HILLS ACHIEVEMENT CENTER; and NORTH FORK EDUCATIONAL CENTER, LLC d/b/a NORTH FORK EDUCATIONAL CENTER,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 4:20-CV-00724 |

## SCHEDULING/DOCKETING CONTROL ORDER

Anticipated Length of Trial: _4-5___ Days        Jury: _____   Non-Jury: ___X__

1.  (a)  **NEW PARTIES** shall be joined by:                                         1/15/2021
    The Attorney causing the addition of new
    Parties will provide copies of this Order to new
    Parties.

    (b)  **AMENDMENT OF PLEADINGS**
    by Plaintiff or Counter-Plaintiff shall be filed
    by:                                                                               1/15/2021

2.  EXPERT WITNESSES for the PLAINTIFF will be
    Identified by a report listing the qualifications of
    each expert, each opinion that the expert will
    present, and the basis for it. DUE DATE:                                          4/1/2021

3.  EXPERT WITNESSES for the DEFENDANT will
    be identified by a report listing the qualifications of
    each expert, each opinion that the expert will
    present, and the basis for it. DUE DATE:                                          5/1/2021

4. DISCOVERY must be completed by: 5/24//2021
Written discovery requests are not timely if they are
filed so close to this deadline that the recipient
would not be required under the Federal Rules of
Civil Procedure to respond until after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE
MOTIONS
(except motions *in limine*) will be filed by: 5/24/2021
(Due date 90 days prior to Trial)

6. JOINT PRETRIAL ORDER and MOTIONS IN
LIMINE will be filed by: 8/16/ 2021
(The Court will fill in this date) (Due the Monday before Trial)

7. TRIAL will begin at 9:00 a.m. 8/23/2021
(15 Months from the date case
filed)

(Case served 4 months after filing)

7/31/20
Date

Keith P. Ellison
United States District Judge

_7/30/2020_____

/s/ Mickey L. Washington
Counsel for Plaintiffs
(approved by email to Sim Israeloff)


7/30/2020_____

/s/ Sim Israeloff
Counsel for Defendants