IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DEVERY DAVIS and CLIFTON HUMPHREY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** | § § § § § | **CIVIL ACTION NO. 4:20-cv-00724** |
| **Plaintiffs** | § § | |
| v. | § § | |
| **FIVE OAKS ACHIEVEMENT CENTER, LLC d/b/a FIVE OAKS ACHIEVEMENT CENTERS; WHISPERING HILLS ACHIEVEMENT CENTER, LLC d/b/a WHISPERING HILLS ACHIEVEMENT CENTER; and NORTH FORK EDUCATIONAL CENTER, LLC d/b/a NORTH FORK EDUCATIONAL CENTER** | § § § § § § § § § § | **COLLECTIVE ACTION** |
| **Defendants.** | § | |

## PLAINTIFFS' JURY DEMAND

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rules of Civil Procedure 38, Plaintiffs hereby demand a trial by jury in the above-captioned action of all issues triable by jury.

                                        Respectfully submitted,

                                        **WASHINGTON & ASSOCIATES, PLLC**

                                        By:    /s/ *Mickey L. Washington*
                                                **MICKEY L. WASHINGTON**
                                                Federal Bar No. 35786
                                                mw@mickeywashington.com
                                                **KIMBERLY R. BENNETT**
                                                Federal Bar No. 32123
                                                kbennetttx@earthlink.net
                                                2019 Wichita Street
                                                Houston, Texas 77004
                                                Telephone#713.225.1838
                                                **ATTORNEYS FOR PLAINTIFFS AND OTHERS SIMILARLY SITUATED**

# CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to all counsel via the electronic delivery system of the United States District Court for the Southern District of Texas, Houston Division, as follows:

**COWLES & THOMPSON, P.C.**

**Brian T. Farrington**
Texas Bar No. 00790667
**Sam Israeloff**
Texas Bar No. 10435380
901 Main Street, Suite 3900
Dallas, Texas 75202
Telephone#: 214.672.2000
Email Address: bfarrington@cowlesthompson.com
Email Address: sisraeloff@cowlesthompson.com

**Attorneys for Defendants**

   So certified on this 4th day of August, 2020.

               /s/ *Mickey L. Washington*
                **MICKEY L. WASHINGTON**