# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **DEVERY DAVIS and CLIFTON HUMPHREY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** | § § § § § | **CIVIL ACTION NO. 4:20-cv-00724** |
| **Plaintiffs** | § § | |
| v. | § § | |
| **FIVE OAKS ACHIEVEMENT CENTER, LLC d/b/a FIVE OAKS ACHIEVEMENT CENTERS; WHISPERING HILLS ACHIEVEMENT CENTER, LLC d/b/a WHISPERING HILLS ACHIEVEMENT CENTER; and NORTH FORK EDUCATIONAL CENTER, LLC d/b/a NORTH FORK EDUCATIONAL CENTER** | § § § § § § § § § § | **COLLECTIVE ACTION** |
| **Defendants.** | § | |

## ORDER

Plaintiffs timely filed their jury demand in compliance with Federal Rules Civil Procedure 38. The Court hereby GRANTS Plaintiffs' Jury Demand.

So **ORDERED** and **SIGNED** this _____ August, 2020.

_____
Keith P. Ellison
United States District Judge