UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEVERY DAVIS, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-0724 |
| § | |
| FIVE OAKS ACHIEVEMENT CENTER, § | |
| *et al*, § | |
| § | |
| Defendants. § | |

### ORDER FOR EXPEDITED RESPONSE

Plaintiffs Devery Davis, et al., have filed a Motion for Extension of Time (Doc. 33).

The Court requires that any opposed party submit an expedited response. All responses shall be filed on or before Wednesday, June 9, 2021.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 3rd day of June, 2021.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE